UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re::

     Ramon Gonzalez, Jr.

Chapter 13

Case No.: 1-13-40229-nhl

                Debtor.

1st Amended CHAPTER 13 PLAN

------------------------------------------------------------x

    1.     The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay the trustee for a total of 60 months, the sum of :

        $878.00 per month commencing February 14, 2013 for five (5) months through and including June 14, 2013, then $1,005.00 per month commencing July 14, 2013 for fifty-five (55) months through and including January 14, 2018, for a total of sixty (60) months.

    2.     From the payments so received, the trustee shall make disbursements as follows:

        (a)     Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

        (b)     Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**ALL POST-PETITION PAYMENT, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR.**

**Wells Fargo Home Mortgage,** holder of a mortgage against the premises known as 5678 Sycamore Canyon Drive, Kissimmee, FL 34758 shall be paid pre-petition arrears in the amount of $26,500.00 over the life of the plan.

    ( c )  Subsequent and/or concurrently with distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of one hundred (100%) percent.**

    3.     All lease agreements are hereby assumed, unless specifically rejected as follows: None are rejected

    4.     During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2 ( c), less than one hundred percent (100%) the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan or dismissal of the case unless otherwise provied in the Order confirming this plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debtor over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

/s/ Ramon Gonzalez, Jr.
Ramon Gonzalez, Jr., Debtor

/s/ _____
Joint Debtor

/s/ Bruce Feinstein
Bruce Feinstein
Attorney for Debtor (BF0938)
Dated: June 13, 2013