| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------X<br>In re:<br><br>RAMON GONZALEZ, JR.<br><br><br>              Debtor(s)<br>-------------------------------------------------------X | *Return Date:  July 14, 2015*<br>*Time:  10:00 a.m.*<br><br><br>Chapter 13<br>Case No.: 113-40229-608<br><br><br>**NOTICE OF MOTION** |

SIRS / MADAMS

       **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Carla E. Craig, United States Bankruptcy Judge on the 14th day of JULY, 2015 at 10:00 a.m., at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York, 11201, for an Order pursuant to 11 U.S.C. §1307(c), dismissing this case, by reason of the debtor(s)' default in making timely monthly plan payments under the Chapter 13 Plan, and for such other and further relief as this Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than seven (7) days prior to the return date of this motion.

| | |
|---|---|
| Dated: Melville, New York<br>       June 24, 2015 | Yours, etc.<br><br>MICHAEL J. MACCO<br>Chapter 13 Trustee<br>135 Pinelawn Road, Suite 120 South<br>Melville, New York 11747<br>(631) 549-7900 |

*To:*    *Office of the United States Trustee*
        *Ramon Gonzalez, Jr.*
        *Bruce Feinstein, Esq., Attorney for Debtor(s)*
        *Wells Fargo Bank, NA, Creditor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X    **tmm1634**
In re:

                                                                                                          Chapter 13

RAMON GONZALEZ, JR.                                       Case No.: 113-40229-608

                               Debtor(s)                          **APPLICATION**
-----------------------------------------------------------X
TO THE HONORABLE CARLA E. CRAIG, UNITED STATES BANKRUPTCY JUDGE:

        MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

        1.  The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on January 14, 2013, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

        2.  The debtor(s)' plan was confirmed by Order of this Court on July 9, 2013.

        3.  The debtor(s)' plan provides for payment to the Trustee in the sum of $878.00 per month, for a period of five (5) months; $1,005.00 per month, for a period of fifty-five (55) months.

        4.  The debtor(s) is in default in that the Trustee is owed the sum of $4,053.00 representing four (4) monthly plan payments.  This amount includes all plan payments due to the Trustee until the return date of this motion.

        5.  Furthermore, in the event this motion is adjourned to a later date, the Trustee requests that the motion be amended to include as arrearage, all payments that accrue from the date of the scheduled hearing until the adjourned hearing.

        6.  This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

        **WHEREFORE**, the Trustee prays for an Order pursuant to the provisions of 11 U.S.C. §1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Melville, New York
       June 24, 2015                                  */s/ Michael J. Macco*
                                                 Michael J. Macco, Chapter 13 Trustee
                                                 135 Pinelawn Road – Suite 120 South
                                               Melville, New York 11747
                                               (631) 549-7900

STATE OF NEW YORK )
COUNTY OF SUFFOLK ) ss.:

LONI BRAGIN, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Suffolk County, New York.

On June 24, 2015, deponent served the within:

**NOTICE OF MOTION AND APPLICATION**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Office of the United States Trustee*
*U.S. Federal Office Building*
*201 Varick Street, Ste. 1006*
*New York, NY 10014*

*Ramon Gonzalez, Jr.*
*81-58 Dungan Avenue, Apt. 2*
*Elmhurst, NY 11373*

*Bruce Feinstein, Esq.*
*Attorney for Debtor(s)*
*86-66 110 Street*
*Richmond Hill, NY 11418*

*Wells Fargo Bank, NA*
*c/o Berkman, Henoch, et. Al*
*100 Garden City Plaza*
*Garden City, NY 11530*

                                                      ***/s/ Loni Bragin***
                                                      LONI BRAGIN

Sworn to before me this
24th day of JUNE, 2015

***/s/ Janine M. Zarrilli***
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2017